FILED
APR 15 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Edward J. Washington     3534962

*(Enter above the full name of the plaintiff or plaintiffs in this action).*     *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     CIVIL ACTION NO. 2:19-cv-280
*(Number to be assigned by Court)*

Wexford Medical Services; Jane Doe, Medical Administrator;
L.P.N. Lisa Colbird; WVDCC, Betsy Jividen, Commissioner;
MCCC, Donald Ames, Superintendant;
Correctional Officer Belcher,

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I. Previous Lawsuits**

    A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes _____     No _EW_

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district: if state court, name the county):

        _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

        _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Mount Olive Correctional Complex

    A. Is there a prisoner grievance procedure in this institution?

        Yes EW        No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes EW        No ____

    C. If your answer is YES:

        1. What steps did you take? I filed the grievance through the 3 step process to full exhaustion of remedies.

        2. What was the result? I was informed to, "in the future, ask the nurse what it is before you take it."

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Edward J. Washington

        Address: (3534962) #1 Mountainside Way, Mt. Olive

    B. Additional Plaintiff(s) and Address(es): West Virginia 25185

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Wexford Medical Services

is employed as: Mount Olive Medical Care Provider

at Mount Olive Correctional Complex

D. Additional defendants: Jane Doe, Medical Administrator; Licensed Practicing Nurse Linda Colbird; WV DOC, Betsy Jividen, Commissioner; MOCC, Donald Ames, Superintendant; Correctional Officer Belcher

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was awakened at approximately 11 pm on April 14, 2018 for night time medical pill pass by officer Belcher. Licensed Practicing Nurse Linda Colbird distributed medication to me in 2 pill cups; one being a light and dark green capsule, the other was a pink colored liquid. It is common practice for Wexford to purchase several varying generic forms of our medications, so it came as no surprise that the medication looked different. I had recently been attempting to address

4

## IV. Statement of Claim (continued):

anger issues with the Mental Health Department, so it was only natural to assume that any additional medication came from them. Between 15 to 30 minutes later I began to feel dizzy and lethargic. I laid down in my bed and passed out. Over the next 3 days I only roused long enough to eat and occassionally use the restroom, feeling sluggish and unable to think clearly. I've had to further seek Mental Health assistance for increased anxiety since then. I now have to take a medication in order to combat the effects of improperly administered prescription medication.

## V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

award compensatory damages against the defendants, jointly and severally; award punitive damages against each of the individual defendants in a sum to be determined by a jury; award costs of this action to the plaintiff; award such other and further relief as this Honorable Court may deem appropriate; Plaintiff demands a jury trial.

5

V. **Relief (continued):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        n/a

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes  EW          No _____

    If so, state the name(s) and address(es) of each lawyer contacted:

Paul Stroebel  405 Capitol Street ~ Suite 102

Charleston, WV  25329

    If not, state your reasons: _____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____          No  EW

6

If so, state the lawyer's name and address:

_____

_____

X Signed this __1 3t__ day of __April__, 20 __19__.

x _Edward J. Washington_
_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on X __April 1, 2019__.
            (Date)

x _Edward J. Washington_
Signature of Movant/Plaintiff

__n/a__
Signature of Attorney
(if any)

7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Edward J. Washington

*Your full name*

FILED
APR 15 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

v.

Civil Action No.: 2:19-cv-00280

Wexford Medical Services; Jane Doe, Medical Administrator;

WVDCC, Betsy Jividen, Commissioner;

MOCC, Donald Ames, Superintendant;

L.P.N. Linda Colbird; Correctional Officer Belcher,

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Edward J. Washington (your name here), appearing *pro se*, hereby certify that I have served the foregoing 42 U.S.C. § 1983 (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on

April 1, 2019 (insert date here):

(List name and address of counsel for defendant(s))

RECEIVED
APR 04 2019
TRUSTEE OFFICE

x Edward J. Washington
(sign your name)