IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

EDWARD J. WASHINGTON,

    Plaintiff,

v.                                          Case No. 2:19-cv-00280

LINDA COLBIRD, L.P.N.,

    Defendant.

### ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on October 13, 2021 (ECF No. 55); and the magistrate judge having recommended that the court grant defendant Colbird's Motion to Dismiss (ECF No. 35) and dismiss this civil action from the docket of the court; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge (ECF No. 55) be, and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is further ORDERED:

1. That defendant Colbird's Motion to Dismiss (ECF No. 35) be, and hereby is, granted; and

2. That this case be, and hereby is, dismissed and stricken from the court's docket.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record, any unrepresented party, and United States Magistrate Judge Dwane L. Tinsley.

ENTER: November 12, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge